O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON KIRKPATRICK,<br><br>Petitioner,<br><br>v.<br><br>WARDEN L. MONTGOMERY,<br><br>Respondent. | NO. CV 17-3332-CAS (AGR)<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus; and dismissing Ground One with prejudice and Grounds Two through Ten without prejudice as unexhausted.

DATED: June 19, 2020

_____
CHRISTINA A. SNYDER
United States District Judge