JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON KIRKPATRICK,<br><br>        Petitioner,<br><br>   v.<br><br>WARREN L. MONTGOMERY,<br><br>        Respondent. | NO. CV 17-3332-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied. Ground One is dismissed with prejudice and Grounds Two through Ten are dismissed without prejudice as unexhausted.

DATED: June 19, 2020

                                            CHRISTINA A. SNYDER
                                            United States District Judge